**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00259-CR

**THOMAS JASON THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81178-2011**

## ORDER

The Court **GRANTS** appellant's August 6, 2013 motion to file an amended brief. We

**ORDER** the appellant's amended brief received on August 5, 2013 filed as of the date of this

order.

We **STRIKE** the appellant's brief filed on July 15, 2013.

/s/　　DAVID EVANS
　　　　JUSTICE